AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
January 21, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____aq_____
       DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. **EP:26-MJ-334-LE** |
| Kimberlin Yohana BARILLAS-Chocoj | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 20, 2026__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1546(a) | when applying for admission into the United States, did knowingly personate another and attempt to evade immigration laws by appearing under an assumed or fictitious name. |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

Complaint sworn to telephonically on __January 21, 2026__ at __01:03 PM__ and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

_____
*Complainant's signature*

Erika K. Robles
CBP Enforcement Officer

Sworn to before me and signed in my presence.

Date: __January 21, 2026__

_____
*Judge's signature*
Laura Enriquez
UNITED STATES DISTRICT JUDGE

City and state: __El Paso, Texas__

## FACTS

On or about January 20, 2026, the DEFENDANT, Kimberlin Yohana BARILLAS-Chocoj, a native and citizen of Guatemala, applied for admission into the United States from Mexico via pedestrian primary at the Paso Del Norte Port of Entry in El Paso, Texas located in the Western District of Texas.

The DEFENDANT presented a State of Texas Birth Certification of Vital Records from El Paso County bearing the name and date of birth of another, whose initials are A.R.L. and represented herself to be that person to primary Customs and Border Protection Officer (CBPO). During the primary interview, the DEFENDANT stated that she was on her way to donate plasma in El Paso. CBPO asked the DEFENDANT where she was born and the DEFENDANT stated that she was born in El Paso at Thomason. CBPO ran routine queries and asked the DEFENDANT if the document she presented was hers and the DEFENDANT replied "yes". CBPO found inconsistencies with the DEFENDANT's crossings and referred the DEFENDANT into Passport Control Secondary (PCS) for further inspection.

In PCS, CBPO asked the DEFENDANT for her true name and where she was born and the DEFENDANT gave her true name and stated that she was born in Guatemala.

The DEFENDANT was served Form I-214 Warning as to Rights (Spanish Version) which was read to her, stated she understood, signed and waived her right to legal representation.

During an interview the DEFENDANT stated she does not have any legal documents to enter the United States and that she was born in Peten, Guatemala. The DEFENDANT stated that her friend who lives in Albuquerque, NM was going to pay $150,000 Quetzales (Approximately $19,500 dollars) to get her smuggled into the United States. The DEFENDANT stated that she was aware that the document that she presented did not belong to her and was given to her by the smuggler one day before crossing and was told to memorize the information on the document. The DEFENDANT stated that her intention was to go to Albuquerque, NM to seek employment.

Database records checks indicate the DEFENDANT does not have any legal documents with which to enter, reside, or seek employment in the United States.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

## CRIMINAL AND IMMIGRATION RECORD

**CRIMINAL RECORD**

None was established at this time.

**IMMIGRATION RECORD**

None was established at this time.